UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**AMELIA PETERSHEIM,**              )
                                    )
        Plaintiff,     )
                                    )
   v.                           )    Civil Action No. 06-900 (RWR)
                                    )
**UNITED STATES OF AMERICA,**       )
                                    )
        Defendant.     )
_____)

### ORDER TO SHOW CAUSE

Plaintiff filed this case on May 10, 2006. The docket indicates that plaintiff served defendant on May 30, 2006. The defendant has not filed an answer, yet plaintiff has not sought an entry of default or moved for default judgment. Accordingly, it is hereby

ORDERED that on or before September 5, 2006, plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute.

SIGNED this 25th day of August, 2006.

                                                /s/
                                   RICHARD W. ROBERTS
                                   United States District Judge