Let this be filed Roberts, U.S.D.J.
9-8-06
(as a Motion for Extension of Time).

Amelia Petersheim
Plaintiff
Civil Action No. 06-900 RWR

Clerk's Office
United States District Court
For The District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RECEIVED
SEP 0 7 2006
Chambers of Judge Roberts

Dear Sir:
Richard W. Roberts
United States District Judge

    This letter is being written concerning a letter received Aug. 31, 2006 on <u>order to show cause</u>

    The letter signed 25th day of Aug. 2006

    Postal stamp on letter Aug. 29th 2006
We received it Aug. 31st, 2006
This is labor day weekend
You asked us to respond on or before Sept. 5, 2006

    Please we need <u>more time</u>.

Thank you!
Amelia Petersheim