RECEIVED
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Amelia Petersheim
        Plaintiff(s),

v.

United States
        Defendant.

Case No. 1:06-cv-00900

RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff responds to the order to show cause as follows:

Plaintiff as a pro se is not fully familiar the rules of the court. Plaintiff misunderstood the defendants' answering requirements. Plaintiff fully appreciates the court's assistance in bringing to the attention of the plaintiff the requirements for filing for entry of default.

Wherefore plaintiff submits with this response a request for entry of default.

Dated _Sept. 16th_, 2006

✝ _Amelia A Petersheim_
Amelia Petersheim

_Note:_
Sorry! We were not at home when this came
The Notice of Electronic Filing
We will be slightly Late

Thanks For Consideration!

_Amelia A Petersheim_