RECEIVED

SEP 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Amelia Petersheim
        Plaintiff(s),

v.

United States
        Defendant.

Case No. 1:06-cv-00900 RWR

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiffs request that default be entered forthwith against defendant.

2. The record shows that plaintiffs served the United States Attorney the summons and complaint on May 23, 2006

4. The record shows that the court ordered defendants plead or otherwise defend on or before July 24, 2006.

5. The record is silent as to defendant requesting an extension of time to plead or otherwise defend..

6. The record shows that defendant failed to obey a lawful order of the court by failing to plead or otherwise defend on or before July 24, 2006.

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to obey a lawful order of this Court by failing to plead or otherwise defend on or before July 24, 2006 plaintiffs are entitled to entry of default forthwith against defendant as a matter of law.

Dated SePT. 16th, 2006

+ Amelia A Petersheim
Amelia Petersheim