IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMELIA PETERSHEIM | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-cv-900 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Pat. S. Genis as counsel for the United States in this matter.

Date: October 24, 2006.

                                                Respectfully submitted,

                                                /s/ Pat S. Genis
                                                PAT S. GENIS, #446244
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 227
                                                Washington, D.C. 20044
                                                Tel./Fax: (202) 307-6390/514-6866
                                                Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the ENTRY OF APPEARANCE was served on October 23, 2006 by First-Class Mail, postage prepaid, addressed to the following persons:

>Amelia Petersheim
>Plaintiff *pro se*
>3160 Mason School Road
>Oakland, MD 21550

>　　/s/    Pat S. Genis
>PAT S. GENIS, #446244