IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMELIA PETERSHEIM | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-cv-900 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Having considered the United States' motion to vacate entry of default and the United States' motion to dismiss, any opposition thereto, and the entire record in this matter, it is

ORDERED that the United States' motion to vacate entry of default be and is GRANTED;

ORDERED that the entry of default against the United States entered on September 29, 2002 is VACATED;

ORDERED that the United States' motion to dismiss is GRANTED;

ORDERED that plaintiffs' complaint is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Amelia Petersheim
Plaintiff *pro se*
3160 Mason School Road
Oakland, MD 21550