```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
AMELIA PETERSHEIM,            )
                              )
        Plaintiff,            )
                              )
        v.                    )   Civil Action No. 06-900 (RWR)
                              )
UNITED STATES OF AMERICA,     )
                              )
        Defendant.            )
_____)
```

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to vacate the entry of default and dismiss the complaint be, and hereby is, GRANTED. This case is DISMISSED.

This is a final, appealable order.

SIGNED this 13th day of March, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```